SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-70036 RS |
|    Plaintiff, ) | |
|    v. ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| JUAN SALDANA-ZAMUDIO, ) | |
|    Defendant. ) | |

   Please take notice that as of August 21, 2007, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

                Special Assistant U.S. Attorney Benjamin T. Kennedy
                          150 Almaden Blvd., Suite 900
                              San Jose, CA 95113
                          Telephone: (408) 535-5059
                        benjamin.t.kennedy@usdoj.gov

DATED: August 21, 2007             Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney

                                        /s/
                                      BENJAMIN T. KENNEDY
                                      Special Assistant United States Attorney