AO 455 (Rev. 5/85)   Waiver of Indictment

FILED
SEP 06 2007

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-00563JW

I, _____Juan Saldana-Zamudio_____, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___Sep 6 2007___ prosecution by indictment and consent that the
                                              *Date*
proceeding may be by information rather than by indictment.

_____Juan Saldana_____
Defendant

_____[signature]_____
Counsel for Defendant

Before _____Patricia V. Trumbull_____
       Judicial Officer