UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 9/17/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** CR- 07-0563 JW | **U.S. Probation Officer:** N/A |
| | **Interpreter:** Lupita Arce (Spanish) |

### TITLE

U.S.A. v. Juan Saldana-Zamudio( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Jay Rorty

### PROCEEDINGS

Status/Trial Setting

### ORDER AFTER HEARING

Hearing Held. Defendant Saldana-Zamudio present and in custody for proceedings. The Court continued this matter to 9/24/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 9/17/2007 to 9/24/2007 for efforts to resolve this case short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-file**
CC: