UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 9/24/2007
**Case No:** CR-07-0563 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** Lupita Arce (Spanish)

## TITLE

U.S.A. v. Juan Saldana-Zamudio ( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Jay Rorty

## PROCEEDINGS

1. Disposition
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant Saldana-Zamudio present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for the proceedings. The Defendant plead guilty as to Count 1 of the Information. A plea agreement was executed in open Court. The Defendant waived referral to Probation for a Presentence Investigation Report. The Court proceeded with immediate sentencing. The Court sentenced the Defendant to Count 1 of the Information. The Defendant is committed to 51 months BOP custody; 3 years supervised release under the standard and special conditions recommended by the Court; $100 special assessment.

_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: