FILED
SEP 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALDANA-ZAMUDIO,<br><br>Defendant. | NO. CR 07-00563 JW<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

\_\_\_  Presentence Report

\_\_\_  Plea Agreement

_X_  Statement of Reasons

\_\_\_  (Other)

Dated: September 27, 2007

/s/ James Ware
JAMES WARE
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

United States Marshal Service
United States Probation Office
280 South First Street
San Jose, CA 95113

Dated: 9/27/07

Richard W. Wieking, Clerk

By: *Elizabeth C. Garcia*
Elizabeth Garcia
Courtroom Deputy